The New York Central Railroad Company, Appellant, v. The Cabot Gas Corporation, Respondent.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

The City of Rochester, Plaintiff, v. Union Free School District Number Four of the Town of Livonia and Others, Defendants.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals granted. [See ante, p. 96.] Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

Pauline Harvey Garlock, Appellant, v. Olin J. Garlock, Respondent.— Motion for a reargument denied; motion for leave to appeal to the Court of Appeals granted and question for review certified. [See ante, p. 88.] Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

Clara Meers, Respondent, v. Switchmen's Union of North America, Appellant.— Motion for a reargument denied, with ten dollars costs. Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

In the Matter of the Application of Myles T. Sullivan for the Appraisal of the Value of the Stock of The Syracuse Furniture Forwarding Company, Inc., Held by the Petitioner.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

In the Matter of the Petition of Thomas F. McDonald.— Petition dismissed. All concur. Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

In the Matter of the Petition of T. Winspur Allen.— Report of Hon. Arthur E. Sutherland, official referee, confirmed and petition dismissed. All concur. Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ. [See 254 App. Div. 824.]

In the Matter of the Application of Peter Domkiewicz for a Peremptory Mandamus Order Directed upon Hon. Alonzo G. Hinkley, as Justice of Supreme Court, Erie County.— Motion for leave to appeal to the Court of Appeals denied, without costs, on the ground that the application is not made in time (Civ. Prac. Act, § 589, subd. 1), and secondly, that no question of law is involved which the court deems of sufficient importance to require its decision by the Court of Appeals. Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ. [See 254 App. Div. 813.]